IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JUAN PONT LEZICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09-cv-912 |
| | ) | |
| CUMULUS MEDIA, INC., | ) | Judge Thomas A. Wiseman, Jr. |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Rule 12(b)(1) Motion to Dismiss (Doc. No. 13) for lack of subject-matter jurisdiction filed by Defendant Cumulus Media, Inc. For the reasons explained in the accompanying Memorandum Opinion, the Court finds that because Plaintiff Juan Pont Lezica does not have a registered copyright of the photographs at issue in his Complaint, this Court does not have subject-matter jurisdiction over his copyright-infringement claim. Lacking original jurisdiction over that claim, the Court also lacks jurisdiction over the supplemental state-law misappropriation claim.

Defendant Cumulus Media, Inc.'s motion to dismiss is therefore **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge